No. 9970. STATE OF MONTANA, PLAINTIFF, v. LEO LaMAR, SENIOR AND BEATRICE LaMAR and the DOYLE APARTMENTS, and WALTER CUMMINGS and GEORGIA CUMMINGS, DEFENDANTS.

337 Pac. (2d) 373.

Decided April 13, 1959.

CHIEF JUSTICE HARRISON.

On application of counsel for the Appellant and praecipe filed herein, it is ordered that the above-entitled appeal be dismissed.

No. 9982. LARRY R. PORTER, PLAINTIFF AND RESPONDENT, v. INDUSTRIAL ACCIDENT BOARD, DEFENDANT AND APPELLANT.

338 Pac. (2d) 730.

Decided April 20, 1959.

Per Curiam.

Upon application of the parties above named and upon the filing of a stipulation of the parties thereto;

It is hereby ordered that the above entitled appeal be dismissed with prejudice and that each party pay their own costs.

MR. CHIEF JUSTICE HARRISON, and MR. JUSTICES BOTTOMLY, ADAIR, ANGSTMAN and CASTLES, concur.